IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL ESTRADA,**<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**THE SHERWIN-WILLIAMS COMPANY,**<br><br>　　　**Defendant.** | CIVIL ACTION NO.<br><br>1:25-CV-02927-AT |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), Plaintiff Michael Estrada and Defendant The Sherwin-Williams Company stipulate that this action be dismissed without prejudice, with each party to bear his or its own costs and fees.

Respectfully submitted this 24th day of July 2025.

| | |
|---|---|
| */s/ Matthew N. Pope*<br>Matthew N. Pope<br>Georgia Bar No. 584216<br>matt@mpopelaw.com<br><br>**MATTHEW N. POPE, P.C.**<br>900 2nd Avenue<br>Columbus, GA 31902<br><br>*Attorneys for Plaintiff* | */s/ Ashleigh R. Eames*<br>Ashleigh R. Eames<br>Georgia Bar No. 864494<br>ashleigh.eames@ogletree.com<br><br>**OGLETREE DEAKINS NASH<br>　SMOAK & STEWART, P.C.**<br>191 Peachtree Street, N.E.<br>Ste. 4800<br>Atlanta, GA 30303<br><br>*Attorneys for Defendant* |